IN THE CIRCUIT COURT OF MILLER COUNTY, ARKANSAS
CV-2 DIVISION

FILED
2010 NOV 10 PM 4:19
CIRCUIT CLERK
BY _____ DEPUTY

SHEMIKA GREEN                                                    PLAINTIFF

V.                    NO. CV 2010-581-2

VICTOR HARDY and
INTERNATIONAL TRANSPORT SERVICES;
INTERNATIONAL FREIGHT, INC; INTERNATIONAL
TRANSPORTATION, INC,;MORGAN
SOUTHERN, INC.; STEVE TOWNSEND
d/b/a S&B TRUCKING; AND JOHN DOE                                 DEFENDANTS

## COMPLAINT

Comes now the Plaintiff, Shemika Green, by and through her attorneys, the Crockett Law Firm, by Michael A. Crockett, and for her cause of action against the Defendants, Victor Hardy and International Transport Services and/or International Freight, Inc. and/or International transportation, Inc. and/or Morgan Southern, Inc. and/or Steve Townsend d/b/a S&B Trucking and/or John Doe states:

### I. PARTIES TO THE CLAIM

1. Plaintiff, Shemika Green, is, and has been at all times complained of herein, a resident of Hope, Hempstead County, Arkansas.

2. Defendant, Victor Hardy, is and has been at all times complained of herein, a resident of Memphis, Shelby County, Tennessee. During the time of this occurrence Defendant Victor Hardy was employed and controlled by International Transport Services and/or International Freight, Inc.and.or International Transportation, Inc. and/or Morgan Southern, Inc. and/or Steve Townsend d/b/a S&B Trucking and/or John Doe.

3. Upon information and belief, International Transport Services and/or International Freight, Inc. and/or International Transportation, Inc. is incorporated in the State of South

1

EXHIBIT
1

Carolina, and may be served with process through Thomas W. Mickel, P.A. 707 Parkway Avenue, Suite 104, Conway, Arkansas 72034.

4. Upon information and belief, Defendant Morgan Southern Inc. is incorporated in the State of Georgia may be served with process through its Atlanta Legal Services, 3070 Presidential Drive, Suite 148, Atlanta Georgia 30340.

5. Upon information and belief Steve Townsend d/b/a S&B Trucking is believed to be incorporated under the laws of the state of Tennessee and may be served with process through Lisa Blackwell, Process Agent for Truck Process Agencies of America, Inc. 1477 Joppa Road, Wallington, Tennessee, 38587.

6. Defendants John Does I-III are parties; or agents, servants, employees of the Defendants; or an insurance company or companies subject to direct action pursuant to Ark. Code Ann. 23-79-210 should any Defendant be proven immune from suit, whose identities are yet to be discovered or known to the parties.

7. All facts complained of herein occurred near Texarkana, Miller County, Arkansas.

## II. STATEMENT OF JURISDICTION

8. This Court has personal jurisdiction over the parties and subject matter of this cause. Ark. C. Ann. §16-13-201 (Michie 1987).

9. This Court is a court of proper venue. Ark. C. Ann. §16-60-112 (Michie 1987).

## III. STATEMENT OF THE CASE

10. On or about November 24, 2007, at approximately 11:20 p.m. Plaintiff, Shemika Green, was operating an automobile traveling eastbound on Interstate 30 near Texarkana, Arkansas when the automobile tire became flat and the Plaintiff pulled over to a complete stop

and parked at the 7.8 mile marker on the right shoulder of the Interstate facing west.

11. At said time and place, Defendant, Victor Hardy, was traveling westbound on Interstate 30 when he carelessly and negligently crossed over the right side fog line causing the right front of his tractor trailer to side-swipe the left rear side of the vehicle that had been driven by the Plaintiff. Plaintiff was still seated inside the vehicle at the time of the incident.

12. Plaintiff, Shemika Green, reacted reasonably and prudently under the circumstances and was unable to avoid the collision.

## IV. RESPONDEAT SUPERIOR

13. At all times relevant hereto, Defendant Victor Hardy was acting as the agent, representative and/or employee of Defendant International Transport Services and/or International Freight, Inc. and/or Internaitonal transportation, Inc. and/or Morgan Southern, Inc. and/or Steve Townsend d/b/a S&B Trucking and/or John Doe and was acting within the scope of his employment at the time of the collision. Any negligence attributable to Defendant Victor Hardy is imputed to Defendants, International Transport Services and/or International Freight, Inc. International Transportation, Inc. and/or Morgan Southern, Inc. and/or Steve Townsend d/b/a S&B Trucking and John Doe.

## IV. NEGLIGENCE

14. The injuries and damages suffered by the Plaintiff were proximately caused by the negligence of Defendant, Victor Hardy.

15. The Defendant, Victor Hardy, is liable of negligence, which was the proximate cause of the above-described automobile collision in some or all of the following particulars:

    a) Failing to keep a proper lookout;

    b) Crossing the center line;

c) Driving inattentively;

d) Failing to keep the vehicle that she was driving under proper control;

e) Driving at a speed far greater than was reasonable or prudent for conditions;

f) Careless and prohibited driving;

g) Inattentive driving; and otherwise violating the traffic laws of the State of Arkansas;

h) Failing to exercise ordinary care under the circumstances.

11.     The actions of Defendant, Victor Hardy, create liability to Plaintiff.

## VI. DAMAGES

12. Plaintiff, Shemika Green, suffered damages resulting from Defendant, Victor Hardy's negligence and reckless conduct. Said damages include:

a) Compensatory damages for medical and other out of pocket expenses incurred by the Plaintiff in the past and reasonably certain to be incurred in the future due to the permanent nature of her injuries;

b) Damages for severe pain and suffering visited upon Plaintiff due to her injuries and reasonably certain in the future due to the permanent nature of her injuries;

c) Damages for mental anguish visited upon Plaintiff due to her injuries and reasonably certain in the future due to the permanent nature of his injuries.

WHEREFORE, Plaintiff, Shemika Green, prays to recover judgment against Defendant, Victor Hardy and International Transport Services and/or International Freight, Inc. and/or International Transportation, Inc, and/or Morgan Southern, Inc. and/or Steve Townsend d/b/a S&B Trucking and/or John Doe, in an amount adequate to compensate her for the injuries and damages she has sustained. The Plaintiff further prays for costs, interest, and for all other just

4

and proper relief to which she may be entitled. The Plaintiff prays for a jury trial.

                Respectfully submitted,

                CROCKETT LAW FIRM
                Attorneys for the Plaintiff
                P. O. Box 56439
                Little Rock, Arkansas 72215
                (501) 375-1919

                By: _____
                Michael A. Crockett
                Arkansas Bar No. 91178

## AFFIDAVIT OF COUNSEL

I, Michael A. Crockett, attorney for the Plaintiff herein, do hereby state pursuant to A.C.A. § 16-56-125 that it is my belief that there are tortfeasors (persons, firms or corporations) whose identity is currently unknown and for which counsel believes a cause of action may lie for personal injury which was the proximate cause of the damages of Shemika Green and that the same could not have reasonable been discovered prior to the filing of the Complaint in this matter.

Respectfully submitted,

BY: _____

Michael A. Crockett, Bar 91178

STATE OF ARKANSAS)
                 )
COUNTY OF PULASKI)

SUBSCRIBED and sworn to me before this _5_ day of _November_, 2010

_____
Notary Public

My Commission Expires:

_8-27-2018_

